# RECONSIDERATION DOCKET

**98–552. State v. Smith.**
Lucas App. No. L–94–093. Reported at 89 Ohio St.3d 323, 731 N.E.2d 645. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

RESNICK, J., not participating.

**98–1124. Clement v. Grange Mut. Cas. Co.**
Medina App. No. 2698–M. Reported at 89 Ohio St.3d 1474, 733 N.E.2d 249. On motion for reconsideration or, in the alternative, motion to amend the order of remand. Motions denied.

PFEIFER, J., dissents.

**98–1185. Simcox v. Westfield Cos.**
Medina App. No. 2697–M. Reported at 89 Ohio St.3d 1474, 733 N.E.2d 249. On motion for reconsideration or, in the alternative, motion to amend the order of remand. Motions denied.

PFEIFER, J., dissents.

**99–239 and 99–427. State v. Reiner.**
Lucas App. No. L–97–1002. Reported at 89 Ohio St.3d 342, 731 N.E.2d 662. On motion for reconsideration. Motion denied.

MOYER, C.J., and COOK, J., dissent.

RESNICK, J., not participating.

**99–419. State ex rel. McClain v. Indus. Comm.**
Franklin App. No. 98AP–52. Reported at 89 Ohio St.3d 407, 732 N.E.2d 383. On motion for reconsideration. Motion denied.

**99–1419. Woods v. Telb.**
Lucas App. No. L–99–1083. Reported at 89 Ohio St.3d 504, 733 N.E.2d 1103. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

RESNICK, J., not participating.

**99–1444. Gliner v. Saint–Gobain/Norton Indus. Ceramics Corp.**
Cuyahoga App. No. 74055. Reported at 89 Ohio St.3d 414, 732 N.E.2d 389. On motion for reconsideration. Motion denied.

COOK and LUNDBERG STRATTON, JJ., dissent.

**99–1881. State v. Jones.**
Cuyahoga App. No. 74247. Reported at 89 Ohio St.3d 519, 733 N.E.2d 1115. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

RESNICK, J., not participating.

**00–788. State v. Borger.**
Hamilton App. No. C–990736. Reported at 89 Ohio St.3d 1464, 732 N.E.2d 997. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**00–882. Smith v. State.**
Franklin App. No. 99AP–568. Reported at 89 Ohio St.3d 1465, 732 N.E.2d 998. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and LUNDBERG STRATTON, JJ., dissent.

**00–905. Jackson v. Bellomy.**
Franklin App. No. 99AP–691. Reported at 89 Ohio St.3d 1470, 732 N.E.2d 1001. On motion for reconsideration. Motion denied.